IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

DEC 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:19-CR-00054-DAD-BAM

ALEJANDRO OROZCO-OCHOA

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Alejandro Orozco-Ochoa
Detained at: Fresno County jail
Detainee is:  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
              charging detainee with: 8 U.S.C. §§ 1326(a) & (b)(2)
         or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
          or   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                     is currently being served at the detaining facility

*Appearance is necessary FORTHWITH] in the Eastern District of California.*

Signature: /s/ Laura D. Withers
Printed Name & Phone No: Laura D. Withers: 559-497-4025
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/17/19

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | ANTONIO REYES | ☒Male ☐Female | |
| Booking or CDC #: | BK# 1937612 | DOB: | 12/01/1968 |
| Facility Address: | 1225 M STREET, FRESNO, CA 93721 | Race: | WHITE/HISPANIC |
| Facility Phone: | (559) 600-8275 | FBI#: | 275 850 LA5 |
| Currently: | FRESNO COUNTY JAIL | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                (signature)