MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTONIO REYES<br>aka ALEJANDRO OROZCO-OCHOA<br><br>        Defendant. | CASE NO. 1:19-CR-00054-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: January 27, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 27, 2020.

2. By this stipulation, defendant now moves to continue the status conference until February 24, 2020, and to exclude time between January 27, 2020, and February 24, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case includes the alien file, or a-file, for the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, along with a proposed fast-track resolution plea offer. All of this discovery has also been provided to the probation office.

 b) Counsel for defendant desires additional time to allow the probation office to

1

prepare a criminal history calculation so that counsel may fully advise her client as to whether to accept the government's plea offer. The probation office has represented that a continuance until at least February 19, 2020 would be necessary to provide the requested calculation.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2020 to February 24, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 9, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

Dated: January 9, 2020

    /s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
ANTONIO REYES

**FINDINGS AND ORDER**

Good cause established.

IT IS SO ORDERED.

Dated: **January 9, 2020**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE