McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ANTONIO REYES<br>aka ALEJANDRO OROZCO-OCHOA<br><br>                    Defendant. | CASE NO. 1:19-CR-00054-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: February 24, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 24, 2020.

2. By this stipulation, defendant now moves to continue the status conference until March 9, 2020, and to exclude time between February 24, 2020, and March 9, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes the alien file, or a-file, for the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, along with a proposed fast-track resolution plea offer. All of this discovery has also been provided to the probation office.

    b) In light of a recent quarantine at the jail that has restricted defense counsel's

access to her client, counsel for defendant desires additional time to meet with and advise her client as to whether to accept the government's plea offer.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2020 to March 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 12, 2020                                       McGREGOR W. SCOTT
                                                                      United States Attorney

                                                                      /s/ LAURA D. WITHERS
                                                                      LAURA D. WITHERS
                                                                      Assistant United States Attorney

Dated: February 12, 2020                                       /s/ CHRISTINA CORCORAN
                                                                      CHRISTINA CORCORAN
                                                                      Counsel for Defendant
                                                                      ANTONIO REYES

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference/change-of-plea hearing currently set for February 24, 2020, is hereby continued to March 9, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between February 24, 2020, and March 9, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **February 13, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE